No. 94–5962.  GILL *v.* TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–5963.  GOMEZ *v.* BRUN APARTMENTS.  C. A. 5th Cir. Certiorari denied.

No. 94–5965.  DOOSE *v.* POPPEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–5966.  BOROJA *v.* NEDELJKOVICH ET AL.  Ct. App. Mich.  Certiorari denied.

No. 94–5968.  OGUNSALU *v.* KROGER CO. ET AL.  C. A. 6th Cir. Certiorari denied.

No. 94–5974.  DRAKE *v.* WALKER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–5976.  BAKER *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–5981.  LINDSEY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–5982.  PENK *v.* CITY OF AURORA ET AL.  Sup. Ct. Colo. Certiorari denied.

No. 94–5984.  PARKER *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–5985.  PINSTER *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–5986.  MORRIS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–5987.  REED *v.* HENSON.  C. A. 8th Cir.  Certiorari denied.

No. 94–5990.  DAMERVILLE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 94–5996.  VAN DUESEN *v.* EVATT ET AL.  C. A. 4th Cir. Certiorari denied.